THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES BOVE, Relator, against THOMAS MCDONNELL, as Warden of the Penitentiary of the City of New York, Rikers Island.— Motion to dismiss appeal granted. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENNY INDIVIGLIO, against WILLIAM A. ADAMS, as Warden of City Prison, et al.— Motion to dismiss appeal granted. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.

## (November 4, 1954.)

THE PEOPLE OF THE STATE OF NEW YORK v. LORETTO SULLIVAN.— Motion for reargument denied. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ. [See ante, p. 870.]